THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, v. MAX WILHELM and Others, Respondents. (Action No. 2.) — Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, on the authority of *Brooklyn National Bank of New York* v. *Schwartz, No. 1 (ante, p. 632)*, decided herewith. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.

HELEN CASSIDY, Appellant, v. FINLAY STRAUS, INC., and Another, Respondents. — Order and judgment unanimously affirmed, without costs, with leave to plaintiff to plead anew within ten days from the entry of the order herein, if so advised. It may be, as pointed out in *Ostrowe* v. *Lee* (256 N. Y. 36), that a good pleading

may be framed by the plaintiff. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.